Opinion by Mr. JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Frances Sowa and Donald Honchell, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Iris E. Sholder, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE *ex rel.* JOHNNY BERLIN, Relator-Appellant, *v.* JOHN J. TWOMEY, Superintendent, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 60176;

First District (3rd Division)—April 17, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Donald S. Honchell, Assistant Public Defender, of counsel), for the People.

Bernard Carey, State's Attorney, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CALVIN STRINGER, Defendant-Appellant.

(No. 60048;

First District (4th Division)—April 23, 1975.

Opinion by Mr. JUSTICE ADESKO.

James J. Doherty, Public Defender, of Chicago (Leroy Palmer and Ira Churgin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr. and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.